# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TEMPUR SEALY INTERNATIONAL, INC. and MATTRESS FIRM GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL TRADE COMMISSION<br><br>and<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, MELISSA HOLYOAK, and ANDREW N. FERGUSON, in their official capacities as Commissioners of the Federal Trade Commission<br><br>Defendants. | Civil Action No. 4:24-cv-03764 |

## ORDER

Before the Court is Plaintiffs' Motion for Expedited Briefing for Preliminary Injunction. After due consideration of the briefing, arguments, evidence presented, pleadings, documents filed with the Court, and applicable law, Plaintiffs' Motion is **GRANTED**. It is therefore **ORDERED** that Defendants must file a response to Plaintiffs' Motion for Preliminary Injunction by November 26, 2024.

**It is SO ORDERED.** November 7, 2024

_____
UNITED STATES DISTRICT JUDGE