United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEMPUR SEALY INTERNATIONAL, INC., et al., Plaintiffs, vs. THE FEDERAL TRADE COMMISSION, et al, Defendants. | CIVIL ACTION NO. 4:24-cv-3764 JUDGE CHARLES ESKRIDGE |

## ORDER

The Court hereby **GRANTS** Defendants' motion for Rachael L. Westmoreland to withdraw as counsel for Defendants in the above-captioned matter.

SO ORDERED.

Signed on January 27, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1